| CDIL PROB 22 (Rev. 4/97) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* CDIL Docket No. 02-10103-001 |
| --- | --- | --- |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: C J MORAN | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION PEORIA |
| --- | --- | --- |

NAME OF SENTENCING JUDGE
HONORABLE MICHAEL M. MIHM

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/29/2007 | TO 06/28/2010 |
| --- | --- | --- |

OFFENSE

18:2252(a): POSSESSION OF CHILD PORNOGRAPHY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the U.S. District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the U.S. District Court to which this transfer is made without further inquiry of this Court.*

9/27/07
Date

HONORABLE MICHAEL M. MIHM
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

OCT 2 3 2007
Effective Date

United States District Judge

DLH:js

07 CR 705

RECEIVED

U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

JUDGE GETTLEMAN

MAGISTRATE JUDGE ASHMAN

FILED
ON October 23, 2007
OCT 2 3 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT